UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-0514 WHA |
| ) | |
| Plaintiff, ) | **ORDER AUTHORIZING ISSUANCE** |
| ) | **OF SUBPOENA DUCES TECUM FOR** |
| vs. ) | **PRODUCTION OF DOCUMENTS, AND** |
| ) | **EXTENDING THE TIME FOR** |
| STEPHEN GEORGE PEPPLER, ) | **DEFENDANT SO SERVE SUCH** |
| ) | **SUBPOENA** |
| Defendants. ) | (~~Proposed~~) |
| ) | |

Before the Court is the *ex parte* application by Defendant Stephen George Peppler for approval of the issuance of a subpoena duces tecum and to extend the time for the defense to serve such subpoena. Having reviewed the application and good cause appearing therefor:

It is hereby ordered that a subpoena duces tecum is approved for Defendant to subpoena the custodian of records for Homeland Security Investigations, SAC – San Francisco, and the Special Agent in Charge, Office of Investigations, at 890 Sansome Street, San Francisco, for production on October 14, 2010, of records showing telephone calls between Agent Pokalski, at 415-844-5465, defendant at 415-254-7142 and defense counsel at 415-397-0860, for the period June 18 to June 26, 2009. It is further ordered that the time for Defendant to serve this subpoena is extended to noon on September 28, 2010.

DATED: September 27, 2010

_____
WILLIAM ALSUP
Judge, United States District Court