UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN GEORGE PEPPLER,<br><br>Defendants. | No. CR-10-0514 WHA<br><br>**ORDER AUTHORIZING ISSUANCE OF SUBPOENA DUCES TECUM FOR PRODUCTION OF DOCUMENTS, AND EXTENDING THE TIME FOR DEFENDANT TO SERVE SUCH SUBPOENA**<br>(~~*Proposed*~~) |

Before the Court is the *ex parte* application by Defendant Stephen George Peppler for approval of the issuance of a subpoena duces tecum for the Custodian of Records for AT&T, and to extend the time for the defense to serve such subpoena. Having reviewed the application and good cause appearing therefor:

It is hereby ordered that a subpoena duces tecum is approved for Defendant to subpoena the Custodian of Records for AT&T, for records showing telephone calls between 415-844-5465 and 415-254-7142, and between 415-844-5465 and 415-397-0860, for production on October 14, 2010, for the period June 18 to June 26, 2009. It is further ordered that the time for Defendant to serve this subpoena is extended to noon on the day after the date of this Order.

DATED: September 30, 2010

WILLIAM ALSUP
Judge, United States District Court

ORDER APPROVING ISSUANCE OF SUBPOENA
DUCES TECUM, AND EXTENDING TIME TO SERVE: CR-10-0514 WHA