MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7241
   Facsimile: (415) 436-7234
   owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-0514 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM 9/14/2010 THROUGH 10/14/2010** |
| v. | |
| STEPHEN GEORGE PEPPLER | |
| Defendant. | |

    On September 14, 2010, the parties in this case appeared before the Court for the first status conference in this case.  The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from September 14, 2010, through October 14, 2010, for effective preparation of defense counsel.  The parties represented that granting the continuance would allow the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed

//

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 10-0514 WHA           1

the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                MELINDA HAAG
                United States Attorney

DATED: October 14, 2010       _____/s/_____
                OWEN P. MARTIKAN
                Assistant United States Attorney

DATED: October 14, 2010       _____/s/_____
                GEOFFREY ROTWEIN
                Attorney for Stephen George Peppler

## [~~PROPOSED~~] ORDER

As the Court found on September 14, 2010, and for the reasons stated above, an exclusion of time from September 14, 2010, through October 14, 2010, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: October 18, 2010.      _____
               HON. WILLIAM H. ALSUP
               United States District Judge