1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys
5
6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
7    Telephone: (415) 436-7241
     Facsimile: (415) 436-7234
8    owen.martikan@usdoj.gov

9  Attorneys for Plaintiff

10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                                SAN FRANCISCO DIVISION
13
14 UNITED STATES OF AMERICA,          )   CR 10-0514 WHA
                                      )
15         Plaintiff,                 )   **STIPULATION AND [PROPOSED]**
                                      )   **ORDER EXCLUDING TIME FROM**
16    v.                              )   **10/14/2010 THROUGH 11/22/2010**
                                      )
17 STEPHEN GEORGE PEPPLER,            )
                                      )
18         Defendant.                 )
19 _____)

20

21     On October 14, 2010, the parties in this case appeared before the Court for the first status

22 conference in this case.  The parties stipulated and the Court agreed that time should be excluded

23 from the Speedy Trial Act calculations from October 14, 2010, through November 22, 2010, for

24 effective preparation of defense counsel.  The parties represented that granting the continuance

25 would allow the reasonable time necessary for effective preparation of defense counsel, taking

26 into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also

27 agreed that the ends of justice served by granting such a continuance outweighed

28 //

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 10-0514 WHA                    1

1  the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
2  3161(h)(7)(A).
3  SO STIPULATED:

4  	MELINDA HAAG
   	United States Attorney
5

6  DATED: October 14, 2010	          /s/
   	OWEN P. MARTIKAN
7  	Assistant United States Attorney

8

9  DATED: October 14, 2010	          /s/
   	GEOFFREY ROTWEIN
10 	Attorney for Stephen George Peppler

11

12 	**[PROPOSED] ORDER**

13  	As the Court found on October 14, 2010, and for the reasons stated above, an exclusion
14 of time from October 14, 2010, through November 22, 2010, is warranted because the ends of
15 justice served by the continuance outweigh the best interests of the public and the defendant in a
16 speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance
17 would deny defense counsel the reasonable time necessary for effective preparation, taking into
18 account the exercise of due diligence, and would result in a miscarriage of justice. <u>See</u> 18 U.S.C.
19 §3161(h)(7)(B)(iv).
20  	SO ORDERED.

21 DATED:  October 18, 2010.
22  	HON. WILLIAM H. ALSUP
   	United States District Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 10-0514 WHA	2