UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STEPHEN GEORGE PEPPLER,<br><br>　　　　Defendants. | No. CR-10-0514 WHA<br><br>**ORDER AUTHORIZING ISSUANCE OF SUBPOENA DUCES TECUM FOR PRODUCTION OF DOCUMENTS, AND EXTENDING THE TIME FOR DEFENDANT TO SERVE SUCH SUBPOENA**<br>(*Proposed*) |

　　　Before the Court is the *ex parte* application by Defendant Stephen George Peppler for approval of the issuance of a subpoena duces tecum for the Custodian of Records for AT&T, dated October 19, 2010. Having reviewed the application and good cause appearing therefor:

　　　It is hereby ordered that a subpoena duces tecum is approved for Defendant to subpoena the Custodian of Records for AT&T, for records showing telephone calls reflected on cell phone number 415-254-7142 for June 18, 2009, for production on or before January 4, 2011.

DATED: October 20, 2010

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　Judge, United States District Court

**ORDER APPROVING ISSUANCE OF SUBPOENA
DUCES TECUM: CR-10-0514 WHA**