UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-0514 WHA |
| Plaintiff, ) | **ORDER PURSUANT TO REQUEST** |
| ) | **TO EXTEND TIME FOR FILING** |
| vs. ) | **REPLY TO OPPOSITION TO MOTION** |
| ) | **TO SUPPRESS EVIDENCE** |
| STEPHEN GEORGE PEPPLER, ) | |
| Defendant. ) | |

Based on the below declaration of defense counsel and good cause appearing therefor:

IT IS HEREBY ORDERED that the time for Defendant to file his Reply to the government's Opposition to his Motion to Suppress Evidence is extended for one week from December 14, 2010 to December 21, 2010.

DATED: December 8, 2010

_____
HONORABLE WILLIAM H. ALSUP
JUDGE, UNITED STATES DISTRICT COURT

///
///
///
///
///
///

ORDER EXTENDING TIME TO REPLY TO
OPPOSITION TO MOTION TO SUPPRESS EVIDENCE
No. CR-10-0514 WHA               -1-