UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-0514 WHA |
| Plaintiff, ) | **ORDER PURSUANT TO REQUEST TO EXTEND TIME FOR FILING REPLY TO OPPOSITION TO MOTION TO SUPPRESS EVIDENCE** |
| vs. ) | |
| STEPHEN GEORGE PEPPLER, ) | |
| Defendant. ) | |

Based on the declaration of defense counsel dated December 15, 2010, and good cause appearing therefor:

IT IS HEREBY ORDERED that the time for Defendant to file his Reply to the government's Opposition to his Motion to Suppress Evidence is extended from December 21, 2010 to December 27, 2010.

DATED: December 16, 2010

HONORABLE WILLIAM H. ALSUP
JUDGE, UNITED STATES DISTRICT COURT

ORDER EXTENDING TIME TO REPLY TO
OPPOSITION TO MOTION TO SUPPRESS EVIDENCE
No. CR-10-0514 WHA