IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHEN GEORGE PEPPLER,<br><br>    Defendant.<br>                                      / | No. CR 10-00514 WHA<br><br>**ORDER DENYING *EX PARTE* APPLICATION FOR ORDER CONVERTING SUBPOENA TO TESTIFY INTO SUBPOENA TO PRODUCE DOCUMENTS** |

    Defendant's *ex parte* application for an order converting a subpoena to testify with requested production of documents into a subpoena to produce documents in advance of the evidentiary hearing is **DENIED**. The government has a right to be heard on the foundation of any evidence. Defense counsel would be well advised to have his witness present at the hearing.

    **IT IS SO ORDERED.**

Dated: January 21, 2011.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE