UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 10-0514 WHA |
|---|---|---|
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| STEPHEN GEORGE PEPPLER, | ) | |
| Defendant. | ) | |

1
2
3                                     **[PROPOSED] ORDER**
4       The United States' motion for leave to dismiss with prejudice is GRANTED.
5
                                         
6    DATED:_February 1, 2011.           _____
7                                        HON. WILLIAM H. ALSUP
                                         United States District Judge
8

CR 10-0514 WHA