UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN GEORGE PEPPLER,<br><br>Defendant. | No. CR-10-0514 WHA<br><br>**ORDER EXONERATING BOND AND DIRECTING CLERK'S OFFICE TO RETURN PASSPORT TO DEFENDANT** |

Based on the dismissal of the charges herein against Defendant:

IT IS HEREBY ORDERED that the bond posted by Defendant is hereby exonerated and that the Clerk's Office is to return Defendant's passport to him.

DATED: February 9, 2011

HONORABLE WILLIAM H. ALSUP
JUDGE, UNITED STATES DISTRICT COURT

**ORDER EXONERATING BOND
AND RETURNING PASSPORT TO DEFENDANT**
No. CR-10-0514 WHA