IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN GEORGE PEPPLER,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. CR 10-00514 WHA<br><br>**NOTICE REGARDING<br>SUBPOENA RETURN** |

　　　The Court has received documents from AT&T in response to a defense subpoena. As this case has been dismissed, the Court will return the documents to AT&T, unless counsel shows cause to the contrary by noon on March 23, 2011.

　　　**IT IS SO ORDERED.**

Dated: March 17, 2011.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE